# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1826
Lower Tribunal No. 2016-DR-013348-O

_____

WILLIAM N. VEITH,

Appellant,

v.

KELLY LAWRENCE VEITH,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Diana M. Tennis, Judge.

March 12, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., WHITE and SMITH, JJ., concur.


Barry Rigby, of Law Offices of Barry Rigby, P.A., Orlando, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED